NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARVIN F. MCCONNELL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7045

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-332, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of Marvin F. McConnell's motion to voluntarily withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

    (2)  Each side shall bear its own costs.

FOR THE COURT

__FEB 2 4 2011__                __/s/ Jan Horbaly__
      Date                       Jan Horbaly
                                     Clerk

cc:  Marvin F. McConnell
     P. Davis Oliver, Esq.

s21

    Issued As A Mandate: __FEB 2 4 2011__

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

FEB 2 4 2011

**JAN HORBALY**
**CLERK**
